```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#: _____
DATE FILED: 2/7/2024
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| MCKNIGHT,<br><br>       Plaintiff,<br><br>-against-<br><br>THE DAILY BEAST COMPANY LLC,<br><br>       Defendant. | 23-cv-08813 (ALC)<br><br>**ORDER** |

**ANDREW L. CARTER, JR., United States District Judge:**

On October 6, 2023, Plaintiff filed a Complaint commencing this action against Defendant The Daily Beast Company LLC. ECF No. 1. Service was due on Defendants on January 4, 2024. On January 8, 2024, this Court issued an Order to Show Cause as to why this action should not be dismissed without prejudice pursuant to Fed. R. Civ. P. 4(m). Plaintiff was directed to file a written response to that Order by January 22, 2024 and failed to do so. Accordingly, this action is hereby **DISMISSED WITHOUT PREJUDICE** pursuant to Fed. R. Civ. P. 4(m). The Clerk of Court is respectfully directed to terminate this case.

**SO ORDERED.**

Dated: **February 7, 2024**
    **New York, New York**

                    _/s/ Andrew L. Carter, Jr._
                    **ANDREW L. CARTER, JR.**
                    **United States District Judge**